

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00382-CR

John **HODGES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12023W
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

On June 26, 2019, Appellant filed a pro se "Motion for Automatic Reversal of Court Decision Based o[n] Supreme Court Ruling Structu[r]al Error."

Appellant is represented in this appeal by court-appointed counsel: Michael Dwight Goains, P.O. Box 591340, San Antonio, Texas 78259, telephone number 210-577-5558.

Appellant does not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001). Appellant's pro se motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court